IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES LEWIS, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS H. O'NEILL, JR., CHRISTOPHER STRONG, THEODORE JAMES GLAUTHIER, RONALD HARRELL, HOWARD I. HOFFEN, M. JOSEPH MCHUGH, GREGORY D. MYERS, ROBERT M. WOHLEBER, UNION DRILLING, INC., SIDEWINDER DRILLING, INC., and FASTBALL ACQUISITION, INC.<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:12-cv-04213-M<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby gives notice of the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 20, 2013

/s/ Robert Ruotolo
Robert Ruotolo (No. 17398700)
ruotolo@buschllp.com

BUSCH RUOTOLO & SIMPSON, LLP
100 Crescent Court, Suite 250
Dallas, TX  75201
Tel:  214-855-2880

*Counsel for Plaintiff*


BROWER PIVEN
  A PROFESSIONAL CORPORATION
David A.P. Brower
Brian C. Kerr
475 Park Avenue South, 33rd Floor
New York, NY  10016
Tel:  212-501-9000

*Of Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2013, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case files system of the court, and separately forwarded the same by e-mail to the following:

Robert C. Grable
Lars L. Berg
Kelly Hart & Hallman, L.L.P.
201 Main Street, Suite 2500
Fort Worth, TX  76102
*lars.berg@kellyhart.com*

*Counsel to Union Drilling, Inc. and the*
*Individual Defendants*

Lawrence Portnoy
Scott B. Luftglass
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
*scott.luftglass@davispolk.com*

*Of Counsel to Union Drilling, Inc. and the Individual Defendants*

Michael C. Holmes
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue
Suite 3700
Dallas, TX  75201
*mholmes@velaw.com*

*Counsel for the Defendants Sidewinder Drilling, Inc. and Fastball Acquisition, Inc.*

           */s/ Robert Ruotolo*
           Robert Ruotolo